**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Alejandro Josue Cervantes-Mencia**
       Petitioner

                                    CIVIL ACTION

       V.

                                    NO. **1:26-cv-12295-RGS**


**Moniz et al**
       Respondents


**ORDER OF DISMISSAL**


Stearns, D. J.


In accordance with the Court's Order entered June 1, 2026 [Doc. No. 12] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


By the Court,


6/1/2026                                        /s/ Jacqueline Martin
Date                                           Deputy Clerk